**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | | | | |
|---|---|---|---|---|
| IN RE: | | ) | | |
| | Corey Darnell Taylor | ) | Case No. | 17-80302 |
| | | ) | Chapter | 13 |
| | Debtor | ) | | |

**CHAPTER 13 PLAN**

1. The future earnings of the Debtor are submitted to the supervision and control of the Court and the Debtor shall pay to the trustee the sum of $2,846 per month plus any State and Federal Tax refunds received during the life of the plan. The Debtor shall retain the first $750 of annual State and Federal tax refunds.

2. Length of plan 60 months.

3. From the payments so received, the trustee shall make disbursements as follows:

a. Priority claims under 11 U.S.C. Sec. 507.

b. Secured claims
360 Mortgage Group, LLC shall be paid arrears owed as of the date of the petition (est. at $11,000) for its interest in a mortgage on the property located at 3301 Cricklewood Dr., Killeen, TX 76512 with regular monthly payments to be paid directly outside the plan by the Debtor commencing with the mortgage payment due 4/1/2017.

Wells Fargo Dealer Services shall be paid the balance due as of the date of the petition (est. at $42,588) for its PMSI in a 2012 BMW 750i with 90,000 miles plus 5.75% interest. **Upon successful completion of plan payments and the debtor's receipt of a discharge Wells Fargo Dealer Services shall turnover title of the vehicle to the debtor with its lien released.**

c. Student Loans
All student loans shall be paid directly outside the plan by the debtor under the current terms of repayment.

d. After the above claims have been paid in full, holders of unsecured claims are to be paid 100% of their timely filed claims.

Estimated Summary of Debts to be paid after attorney fees and expenses

| | |
|---|---|
| Priority: | $00.00 |
| Secured: | $60,104 (P: $53,588; I: $6,516.00) |
| Attorney's Fees: | $3,788.00 |
| Unsecured Cosigned or Non-dischargeable | $00.00 |

| | |
|---|---|
| Unsecured: | $89,913.00 |
| TOTAL TO BE PAID: | $153,805.00 |

Dated: 3/14/2017

/s/ John M. VanDeVelde
John M. VanDeVelde
Attorney for Debtors

John M. VanDeVelde
Buckrop & VanDeVelde, P.C.
329 18th Street, Suite #500
Rock Island, IL 61201
P: (309) 788-2747

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| Corey Darnell Taylor | ) | Case No. | 17-80302 |
| | ) | Chapter | 13 |
| Debtor | ) | | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the Chapter 13 Plan was served upon the Trustee of said estate(s), U. S. Trustee and all creditors on interest, by either electronically or depositing a copy thereof United States Mail, postage prepaid, in envelopes addressed to each of them at their respective addresses as known.

US Trustee
USTPRegion10.PE.ECF@usdoj.gov

Marsha Combs-Skinner
Marsha@ecicwireless.com
IL61@ecfcbis.com
mcs@trustesolutions.com
trustee@danville13.com
Marsha@danville13.com
mcombs-skinner@ECF.epiqsystems.com

Corey Taylor
3348 Serenity Place
Rock Island, IL 61201

Dated: March 14, 2017 BY: /s/ Nancy Nouchanthavong